CLIFFORD TAYLOR, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27224.) — Appeal from a judgment of the Court of Claims in favor of the claimant for the sum of $200. Claimant's check accompanied the application of the Chauffeurs and Domestic Workers Club of Westchester County, Inc., for a liquor license. The application was denied. The fund advanced by claimant was a loan to the club. The State has the right to offset its claim

for unemployment insurance due against the deposit. Judgment reversed on the law and claim dismissed, without costs. The court reverses findings of fact numbered 4, 5, 6, 9 and 10 in the claimant's requests to find and disapproves the conclusions of law. Hill, P. J., Bliss, Heffernan, Schenck and Brewster, JJ., concur.